# Unclaimed Funds

Entered 11/27/2013 to 11/27/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-42682 -msh<br>16671030 | CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258<br>78258 | 1,564.86 | 11/27/2013 |
| 08-42682 -msh<br>16677771 | Premiere Global Services<br>PO Box 404351<br>Atlanta, GA 30384-4351<br>30384-4351 | 568.62 | 11/27/2013 |
| 08-42682 -msh<br>16827848 | DHL Express (USA), Inc.<br>Legal Dept.<br>PO Box 670227<br>Houston, TX 77267<br>77267 | 396.26 | 11/27/2013 |

**Grand Total: 2,529.74**